IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA W. SEGARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00031-TMP |
| | ) | |
| HYUNDAI CAPITAL AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The parties in the above-styled cause filed a joint stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, reciting that they stipulate to the dismissal of this action, with prejudice. (Doc. 18). Although a court order is unnecessary, it is **ORDERED** that the above-styled action and all claims contained therein are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** on December 22, 2016.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE